IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-04807-GJP |

**DEFENDANT AVIS BUDGET GROUP, INC.'S
MOTION TO DISMISS COMPLAINT**

For the reasons set forth in the accompanying memorandum of law, which is incorporated herein by reference, Defendant Avis Budget Group, Inc. ("Avis") moves under Fed. R. Civ. P. 12(b) to dismiss Plaintiff's complaint for failure to suffer an Article III injury in fact and for failure to state a claim upon which relief can be granted. Avis requests oral argument.

**WHEREFORE**, Defendant Avis Budget Group, Inc. requests that this Court grant its Motion and dismiss Plaintiff's Complaint, with prejudice.

Dated: January 27, 2023

**GREENBERG TRAURIG, LLP**

/s/ Brian Feeney

**Brian T. Feeney (PA ID 78574)**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812
feeneyb@gtlaw.com

**Rebekah S. Guyon, Esq.** (admitted pro hac vice)
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067-2121
(310) 586-7716
Rebekah.guyon@gtlaw.com

**Blake M. Bailus, Esq.** (admitted pro hac vice)
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9326
bailusb@gtlaw.com

*Attorneys for Defendant Avis Budget Group, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-04807-GJP |

## CERTIFICATE OF SERVICE

I, Brian T. Feeney, hereby certify that on this 27th day of January 2023, I caused a true and correct copy of the foregoing Motion to be served via this Court's ECF filing system on all counsel of record.

*s/ Brian T. Feeney*
Brian T. Feeney, Esq.

ACTIVE 684884463v2