**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANICE MUNDAY, Individually and on behalf of all others similarly situated,** Plaintiff, | **CIVIL ACTION** |
| **v.** | |
| **AVIS BUDGET GROUP, INC.,** Defendant. | **NO.  22-4807** |

## O R D E R

     **AND NOW**, this 8th day of March, 2023, in light of Plaintiff filing an Amended Complaint on January 1, 2023 (ECF No. 14), it is hereby **ORDERED** that the Defendant's Motion to Dismiss the Complaint (ECF No. 11) is **DENIED** as moot without prejudice.

     **BY THE COURT:**

/s/ Kelley B. Hodge

_____

     **HODGE, KELLEY B., J.**