## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Civil Action No. 2:22-cv-04807-GJP : : |
| v. | : : |
| AVIS BUDGET GROUP, INC., | : : |
| Defendant. | : : : |

## DEFENDANT AVIS BUDGET GROUP, INC.'S
## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, which is incorporated herein by reference, Defendant Avis Budget Group, Inc. ("Avis"), moves under Fed. R. Civ. P. 12(b)(2) to dismiss Plaintiff's complaint for lack of personal jurisdiction, under Fed. R. Civ. P. 12(b)(1) for failure to suffer an Article III injury in fact, and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Avis requests oral argument.

**WHEREFORE**, Defendant Avis Budget Group, Inc. requests that this Court grant its Motion and dismiss Plaintiff's First Amended Complaint, with prejudice.

| | |
|---|---|
| Dated: March 8, 2023 | **GREENBERG TRAURIG, LLP**<br><br>/s/ Brian Feeney<br><br>**Brian T. Feeney (PA ID 78574)**<br>1717 Arch Street, Suite 400<br>Philadelphia, PA 19103<br>(215) 988-7812<br>feeneyb@gtlaw.com<br><br>**Rebekah S. Guyon, Esq.** (admitted pro hac vice)<br>1840 Century Park East, Ste. 1900<br>Los Angeles, CA 90067-2121<br>(310) 586-7716<br>Rebekah.guyon@gtlaw.com<br><br>**Blake M. Bailus, Esq.** (admitted pro hac vice)<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 801-9326<br>bailusb@gtlaw.com<br><br>*Attorneys for Defendant Avis Budget Group, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-04807-GJP |

### **CERTIFICATE OF SERVICE**

I, Brian T. Feeney, hereby certify that on this 8th day of March 2023, I caused a true and correct copy of the foregoing Motion to be served via this Court's ECF filing system on all counsel of record.

*s/ Brian T. Feeney*
Brian T. Feeney, Esq.