IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-4807 |

## O R D E R

**AND NOW**, this 27th day of September, 2023, following a status conference with the parties, through counsel, on said date and upon consideration of Defendant Avis Budget Group, Inc.'s Motion to Dismiss the First Amended Complaint (ECF No. 17); the responses thereto (ECF Nos. 22, 27), Defendant Avis Budget Group, Inc.'s Motion for Leave to File a Response to Plaintiff's Notices of Supplemental Authority (ECF No. 45), and good cause appearing, **IT IS ORDERED** as follows:

1. Defendant's Motion (ECF No. 26) is **DENIED WITHOUT PREJUDICE**.

2. Defendant is permitted to refile their Motion to Dismiss on or before **October 11, 2023**. Plaintiff is permitted to file any response in opposition on or before **October 25, 2023**. Defendant shall seek leave of court to file a reply brief to any response in opposition. The parties shall comply with Judge Hodge's Policies and Procedure which are located at https://www.paed.uscourts.gov.

3. Defendant's Motion (ECF No. 45) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.