IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-04807-KBH |

**DEFENDANT AVIS BUDGET GROUP, INC.'S NOTICE OF RENEWED
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

For the reasons set forth in the accompanying memorandum of law, Defendant Avis Budget Group, Inc. ("ABG"), moves under Fed. R. Civ. P. 12(b)(2) to dismiss Plaintiff's complaint for lack of personal jurisdiction, under Fed. R. Civ. P. 12(b)(1) for failure to suffer an Article III injury in fact, and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. ABG requests oral argument.

**WHEREFORE**, Defendant Avis Budget Group, Inc. requests that this Court grant its Motion and dismiss Plaintiff's First Amended Complaint, with prejudice.

Dated:  October 11, 2023                                GREENBERG TRAURIG, LLP


*/s/ Brian Feeney*
**Brian T. Feeney (PA ID 78574)**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812
Brian.Feeney@gtlaw.com

**Rebekah S. Guyon, Esq.** (admitted pro hac vice)
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067-2121
(310) 586-7716
Rebekah.guyon@gtlaw.com

**Blake M. Bailus, Esq.** (admitted pro hac vice)
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9326
bailusb@gtlaw.com

*Attorneys for Defendant Avis Budget Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:22-cv-04807-KBH |

## CERTIFICATE OF SERVICE

I, Brian T. Feeney, hereby certify that on this 11th day of October 2023, I caused a true and correct copy of the foregoing Motion to be served via this Court's ECF filing system on all counsel of record.

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq.