**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JANICE MUNDAY, Individually and on behalf of all others similarly situated,** <br> **Plaintiff,** <br><br> v. <br><br> **AVIS BUDGET GROUP, INC.,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 22-4807** |

## ORDER

**AND NOW**, this 18th day of October, 2023, upon consideration of Defendant Avis Budget Group, Inc.'s Renewed Motion to Dismiss the First Amended Complaint (ECF 53) following this Court's Order on September 27, 2023 (ECF No. 52), **IT IS ORDERED** that Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 17) is **DENIED AS MOOT**.

                                                 **BY THE COURT:**

                                                 **/s/ Hon. Kelley B. Hodge**
                                                 _____
                                                 **HODGE, KELLEY B., J.**