IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANICE MUNDAY, Individually and on behalf of all others similarly situated,**<br>Plaintiff,<br><br>v.<br><br>**AVIS BUDGET GROUP, INC.,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-4807 |

**O R D E R**

**AND NOW**, this 13th day of November, 2023, upon consideration of Defendant Avis Budget Group, Inc.'s Motion for Leave to File a Reply in Support of Its Renewed Motion to Dismiss (ECF No. 62) and good cause appearing, **IT IS ORDERED** that Defendant's Motion (ECF No. 62) is **GRANTED**. The Clerk of Court shall docket Defendant's Reply Brief attached to the Motion as Exhibit A (ECF No. 62-1).

                                                                   **BY THE COURT:**

                                                                   **/s/ Hon. Kelley B. Hodge**
                                                                   **HODGE, KELLEY B., J.**