IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-4807 |

**O R D E R**

**AND NOW**, this 5th day of September, 2024, upon consideration of Defendant Avis Budget Group, Inc.'s ("Defendant") Renewed Motion to Dismiss Plaintiff Janice Munday's ("Plaintiff") First Amended Complaint (ECF No. 53), Plaintiff's Opposition thereto (ECF No. 56), and Defendant's Reply in support thereof (ECF No. 64), the Court noting that there are presently three cases pending before the United States Court of Appeals for the Third Circuit – *Hasson v. Fullstory, Inc.*, 23-2535, *Schnur v. Papa John's International, Inc.*, 23-2573, and *Cook v. Gamestop, Inc.*, 23-2574 – all of which have similarities to the present matter and potential impact on the disposition of the present case, **IT IS ORDERED** as follows:

1. All proceedings in this case are **STAYED** until further order of the Court;

2. The Court shall **RETAIN** jurisdiction over the case and the stay shall be lifted when there are no impediments to further proceedings and the case may proceed to final disposition;

3. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the stay be lifted; and,

4. The Parties, through counsel, shall file and serve a joint status report at six (6) month intervals or more frequently if warranted by the circumstances.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
------
**HODGE, KELLEY B., J.**