# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP, INC.,<br>Defendant. | CIVIL ACTION<br><br>NO. 22-4807 |

# **O R D E R**

**AND NOW**, this 25th day of September, 2025, upon consideration of Joint Status Report (ECF 70), **IT IS ORDERED** that the stay is **LIFTED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.