IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE MUNDAY, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : NO.: 2:22-cv-04807-KBH : |
| v. | : : |
| AVIS BUDGET GROUP, INC., | : : |
| Defendant. | : : |

**AVIS BUDGET GROUP, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to the directive of the Court at the Status Conference held on September 27, 2023, Defendant Avis Budget Group, Inc. ("ABG"), by its undersigned attorneys, respectfully submits this Motion for Leave to File Notice of Supplemental Authority in further support of its Motion to Dismiss (Dkt. No. 53), and states as follows:

ABG seeks leave to file a notice of supplemental authority to advise the Court of the opinion of the United Court of Appeals for the Ninth Circuit in *Popa v. Microsoft Corp.*, — F.4th —, 2025 WL 2448824 (9th Cir. Aug. 26, 2025), affirming the dismissal of a similar wiretapping case involving session replay software for lack of Article III standing. Because *Popa* addresses materially identical alleged facts and the same Article III standing issues presented in ABG's motion to dismiss, ABG respectfully submits that *Popa* should aid this Court's decision process.

**WHEREFORE**, Defendant ABG respectfully requests that the Court grant the Motion and direct the clerk to file the notice of supplemental authority attached hereto as **Exhibit A** on the docket.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

Dated: October 3, 2025

/s/ *Brian T. Feeney*
Brian T. Feeney (PA ID 78574)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7812
Brian.Feeney@gtlaw.com

Rebekah S. Guyon, Esq. (admitted pro hac vice)
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067-2121
(310) 586-7716
Rebekah.guyon@gtlaw.com

Blake M. Bailus, Esq. (admitted pro hac vice)
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9326
bailusb@gtlaw.com

*Attorneys for Defendant Avis Budget Group, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brian T. Feeney, hereby certify that on this 3rd day of October 2025, I caused a true and correct copy of the foregoing Motion to be served via this Court's ECF filing system on all counsel of record.

/s/ Brian T. Feeney
Brian T. Feeney, Esq.